# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR 13 P 3:23

| | |
|---|---|
| JIMMIE L. BACON | Case No. CV504-057 |
| Plaintiff | |
| v. | Appearing on behalf of |
| CSX TRANSPORTATION, INC. | DEFENDANT |
| Defendant | (Plaintiff/Defendant) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 13th day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** JAMES E. GILSON

**Business Address:** Casey Gilson Leibel P.C.
Firm/Business Name

Six Concourse Parkway, Suite 2200
Street Address

Atlanta    GA    30328
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City, State, Zip
770-512-0300    001150
Telephone Number (w/ area code)    Georgia Bar Number