# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| JIMMIE L. BACON, § | |
| § | CIVIL ACTION |
| Plaintiff, § | FILE NO.: CV 504-057 |
| § | |
| v. § | |
| § | |
| CSX TRANSPORTATION, INC., § | |
| § | |
| Defendant. § | |
| § | |

## ENTRY OF APPEARANCE AND
## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Don P. Palermo, Esq. of the law firm Hannon & Palermo, P.C., The Public Ledger Building, Suite 1000, 150 S. Independence Mall West, Philadelphia, PA 19106 and enters an appearance as attorney of record for Plaintiff.

COME NOW all Parties who have appeared in this action and, pursuant to FEDERAL RULES OF CIVIL PROCEDURE, RULE 41, stipulate to the dismissal of this civil action in its entirety. This dismissal is *with prejudice* to all claims, counterclaims, motions, and other allegations, which were or could have been asserted in this action with all parties to bear their own costs.

*[Signatures Continued On Next Page]*

Respectfully submitted this 28th day of June 2007.

COUNSEL FOR PLAINTIFF

_____
Gregory John Hannon, Esq.
Pennsylvania State Bar No. 28577
Don P. Palermo, Esq.
Pennsylvania State Bar No. 73133

Hannon & Palermo, P.C.
The Public Ledger Building, Suite 1000
150 S. Independence Mall West
Philadelphia, PA 19106
Tel: (215) 446-4460
Fax: (215) 446-4479

COUNSEL FOR DEFENDANT

_____
R. SEAN McEVOY
Georgia State Bar No. 490918

CASEY GILSON P.C.
Six Concourse Parkway, Suite 2200
Atlanta, Georgia 30328
Tel: (770) 512-0300
Fax: (770) 512-0070

Approved _____

July 3, 2007